FILED by YH D.C.

Dec 17, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**19-20837-CR-GRAHAM/MCALILEY**

CASE NO. _____

18 U.S.C. § 1709

UNITED STATES OF AMERICA

vs.

JOEL ACOSTA,

        Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Mail Theft by Postal Employee
### (18 U.S.C. § 1709)

On or about November 7, 2019, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JOEL ACOSTA,**

being a United States Postal Service employee, did knowingly embezzle any letter, postal card, package, bag, mail, and any article and things contained therein, that is, a Target gift card ending in 3667, which had been entrusted to him and came into his possession intended to be conveyed by mail, and carried and delivered by any employee of the Postal Service, in violation of Title 18, United States Code, Sections 1709 and 2.

## COUNT 2
## Mail Theft by Postal Employee
### (18 U.S.C. § 1709)

On or about November 29, 2019, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JOEL ACOSTA,**

being a United States Postal Service employee, did knowingly embezzle any letter, postal card, package, bag, mail, and any article and things contained therein, that is, a Target gift card ending in 3816, which had been entrusted to him and came into his possession intended to be conveyed by mail, and carried and delivered by any employee of the Postal Service, in violation of Title 18, United States Code, Sections 1709 and 2.

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
LINDSEY LAZOPOULOS FRIEDMAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO._____

v.

### CERTIFICATE OF TRIAL ATTORNEY*

JOEL ACOSTA,

**Superseding Case Information:**

_____Defendant._____/

| Court Division: (Select One) | | | New defendant(s) | Yes ___ | No ___ |
|---|---|---|---|---|---|
| ✓ Miami | ___ Key West | | Number of new defendants | ___ | |
| ___ FTL | ___ WPB | ___ FTP | Total number of counts | ___ | |

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)    No
   List language and/or dialect  _____

4. This case will take  1-2  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                                  (Check only one)

   | | | | | | |
   |---|---|---|---|---|---|
   | I | 0 to 5 days | ✓ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | ✓ |
   | V | 61 days and over | ___ | | |

6. Has this case previously been filed in this District Court?    (Yes or No)    No
   If yes: Judge _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?    (Yes or No)    No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?    Yes ___    No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?    Yes ___    No ✓

_____
Lindsey Lazopoulos Friedman
Assistant United States Attorney
Fla. Bar No. 091792

*Penalty Sheet(s) attached                                                                                         REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**    JOEL ACOSTA

**Case No:** _____

Counts #: 1–2

Mail Theft by Postal Employee

18 U.S.C. § 1709

**\*Max. Penalty:** 5 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**